UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| HOUGHTON MIFFLIN | : Case No. 12-12171 (REG) |
| HARCOURT PUBLISHING COMPANY, *et al.*,[1] | : |
| | : Jointly Administered |
| Debtors. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## AFFIDAVIT OF SERVICE

I, Leticia Salas, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

1. On June 15, 2012, at my direction and under my supervision, employees of KCC caused the following documents to be served via Overnight Mail on the service list attached hereto as **Exhibit A**; and via Electronic Mail on the service list attached hereto as **Exhibit B**:

   - Notice of Agenda of Matters Scheduled for Hearing on June 18, 2012 at 9:45 a.m. [Docket No. 102]

   - Final Declaration of Peter Walsh of Kurtzman Carson Consultants LLC Regarding the Mailing, Voting and Tabulation of Ballots Accepting and Rejecting the Prepackaged Chapter 11 Plan of Reorganization for Houghton Mifflin Harcourt Publishing Company, Et Al. [Docket No. 105]

2. Furthermore, on June 15, 2012, at my direction and under my supervision, employees of KCC caused the following document to be served via Overnight Mail on the service lists attached hereto as **Exhibit A**, **Exhibit C** and **Exhibit D**; and via Electronic Mail on the service list attached hereto as **Exhibit B**:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Houghton Mifflin Harcourt Publishing Company (6030), Houghton Mifflin Harcourt Publishers Inc. (7305), HMH Publishers, LLC (7173), Houghton Mifflin Holding Company, Inc. (2898), Houghton Mifflin, LLC (2961), Houghton Mifflin Finance, Inc. (2812), Houghton Mifflin Holdings, Inc. (0674), HM Publishing Corp. (5843), Riverdeep Inc., a Limited Liability Company (9612), Broderbund LLC (6113), RVDP, Inc. (2557), HRW Distributors, Inc. (4902), Greenwood Publishing Group, Inc. (4537), Classroom Connect, Inc. (3282), ACHIEVE! Data Solutions, LLC (7499), Steck-Vaughn Publishing LLC (6929), HMH Supplemental Publishers Inc. (7571), HMH Holdings (Delaware), Inc. (6372), Sentry Realty Corporation (6742), Houghton Mifflin Company International, Inc. (9100), The Riverside Publishing Company (0173), Classwell Learning Group Inc. (9252), Cognitive Concepts, Inc. (5986), Edusoft (9992), and Advanced Learning Centers, Inc. (2861).

- Notice of Filing of the Final DIP Order Authorizing Debtors to Obtain Postpetition Financing, Use of Cash Collateral and Related Relief on a Final Basis [Docket No. 104]

Dated: June 18, 2012

_____
Leticia Salas

State of California

County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 18th of June, 2012, by Leticia Salas, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

LYDIA PASTOR NINO
Commission # 1960751
Notary Public - California
Los Angeles County
My Comm. Expires Nov 18, 2015

# **<u>Exhibit A</u>**

Exhibit A
Core/2002
Overnight Service List

| PARTY DESCRIPTION | COMPANY | CONTACT | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| Top 20 Creditor | ADP National Account Service | Gayle Kuhr | 99 Jefferson Rd | | Parsippany | NJ | 07054 | |
| Counsel for the Informal Creditor Group | Akin Gump Strauss Hauer & Feld, LLP | Ira S. Dizengoff & Philip C. Dublin & Rachel Ehrlich Albanese | One Bryant Park | | New York | NY | 10036 | |
| Top 20 Creditor | American Express | Donna Janeczko | P.O. Box 410406 | | Salt lake City | UT | 84141 | |
| Top 20 Creditor | APC Workforce Solutions LLC | Jinnene Marin | 420 S. Orange Avenue | Suite 600 | Orlando | FL | 32801-4902 | |
| Senior Secured Notes Trustee | BNY Mellon | Ray O'Neil, Relationship Manager | 525 William Penn Place, 38th Floor | | Pittsburgh | PA | 15259 | |
| Counsel to SAP America, Inc. | Brown & Connery, LLP | Kenneth J. Schweiker, Jr. | 6 North Broad Street, Suite 100 | | Woodbury | NJ | 08096-0000 | |
| Top 20 Creditor | Bulkley Dunton Publishing Group | Tony V. Occhiuto | P.O. Box 403565 | | Atlanta | GA | 30384-3656 | |
| Top 20 Creditor | Cengage Learning | Sandra Fluker | 5191 Natorp Blvd. | | Mason | OH | 45040 | |
| Top 20 Creditor | Central National-Gottesman Inc. (Lindenmeyr) | Steven Wright | 990 Washington Street | Suite 211 | Dedham | MA | 02026 | |
| Counsel to Paymentech, LLC | Chase Paymentech Solutions LLC | Attn Lazonia Clark | 14221 Dallas Pkwy Bldg II | | Dallas | TX | 75254 | |
| Top 20 Creditor | Cognizant Technology Solutions | Badri Ramanujachari | 500 Frank W Burr Blvd | | Teaneck | NJ | 07666 | |
| US Department of Justice | Department of Justice US Attorney General | Commercial Litigation Branch | Michael B Mukasey | 950 Pennsylvania Ave NW | Washington | DC | 20530-0001 | |
| New York State Department of Taxation | Department of Taxation and Finance | Office of Counsel | Building 8, WA Harriman Campus | | Albany | NY | 12227 | |
| Top 20 Creditor | Edu 2000 America, Inc. | Rob Fiance | 5743 Corsa Ave | Suite 222 | Ventura | CA | 91362 | |
| Counsel for the Indenture Trustee for the 10.5% Notes and Prepetition Senior Secured Notes Trustee (Bank of New York Mellon) | Emmet, Marvin & Martin LLP | Bryant Berg & Mordecai Geisler & Ed Zujkowski | 120 Broadway, 32nd Floor | | New York | NY | 10271 | |
| Environmental Protection Agency (Regional) | Environmental Protection Agency | Region 2 | 290 Broadway | | New York | NY | 10007-1866 | |
| Counsel to Larson Texts, Inc. ("Larson") | Graydon Head & Ritchey LLP | J. Michael Debbeler | 1900 Fifth Third Center | 511 Walnut Street | Cincinnati | OH | 45202 | |
| Counsel to Encore Software, Inc. | Hahn & Hessen LLP | Mark T. Power & Lauren S. Schlussel | 488 Madison Avenue | | New York | NY | 10022 | |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | Philadelphia | PA | 19104 | |
| IRS | Internal Revenue Service | Insolvency Section | 31 Hopkins Plz Rm 1150 | | Baltimore | MD | 21201 | |
| Iron Mountain Information Management, Inc. | Iron Mountain Information Management, Inc. | Joseph Corrigan | 745 Atlantic Avenue, 10th Floor | | Boston | MA | 02111 | |
| Top 20 Creditor | Kue Digital Inc, DBA Global Scholar | Kal Raman | 1100 112th Avenue NE, Suite 100 | South Building | Bellevue | WA | 98004 | |
| Top 20 Creditor | Laserwood Private Limited | Mark O'Brien | P.O. Box 2865 | | Buffalo | NY | 14209 | |
| Counsel to Carrollton-Farmers Branch Independent School Dsitrict and Lewisville Independent School District | Law Offices of Robert E Luna PC | Andrea Sheehan | 4411 N Central Expressway | | Dallas | TX | 75205 | |
| Counsel to Tarrant County and Dallas County | Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | 2323 Bryan Street, Ste 1600 | | Dallas | TX | 75201 | |
| Top 20 Creditor | Marshall Cavendish International (s) PTE | Joy Tan | Times Centre 1 New Industrial Road | | | | 536196 | Singapore |
| Counsel to Claimant, The County of Denton, Texas | McCreary Veselka Bragg & Allen PC | Michael Reed | P.O. Box 1269 | State Bar Number 16685400 | Round Rock | TX | 78680 | |
| Top 20 Creditor | McKinsey & Company Inc. | William Wolf | P.O. Box 7247-7255 | | Philadelphia | PA | 19170-7255 | |
| New York City Tax Department | New York City Tax Commission | | Municipal Building | 1 Center St, Room 936 | New York | NY | 10007 | |
| NY Attorney General | Office of the NY State Attorney General | Eric T Schneiderman | The Capitol | | Albany | NY | 12224-0341 | |
| US Attorneys Office | Office of the US Attorney for the Southern District of NY | United States Attorney Preet Bharara | One St Andrew's Plz | | New York | NY | 10007 | |
| Top 20 Creditor | Penguin Group USA | Laura Cerminaro | 1 Lake St. | | Upper Saddle River | NJ | 07458 | |
| Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corp | Attn Dana Cann | 1200 K St NW | | Washington | DC | 20005-4026 | |

Exhibit A
Core/2002
Overnight Service List

| PARTY DESCRIPTION | COMPANY | CONTACT | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corp | Attn Marie-Christine Fogt | 1200 K St NW | | Washington | DC | 20005-4026 | |
| Top 20 Creditor | Phoenix Color Corp. | Jennifer Dick | 11631 Caroline Road | | Philadelphia | PA | 19154 | |
| Top 20 Creditor | RRD-Asia Printing Solutions | Eileen R. Ly | 3 On Yiu Street | | Shek Mun | NT | | Hong Kong |
| Top 20 Creditor | RRD-Receivables Inc. | Dan Pevonka | 3075 Highland Parkway | | Donners Grove | IL | 60515 | |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | Washington | DC | 20549 | |
| SEC Regional Office | Securities & Exchange Commission NY Office | George S Canellos Regional Director | 3 World Financial Center Ste 400 | | New York | NY | 10281-1022 | |
| Counsel for the Prepetition L/C Bank and Wells Fargo Bank NA | Seyfarth Shaw LLP | William J. Hanlon, Esq. | World Trade Center East | Two Seaport Lane, Suite 300 | Boston | MA | 02210 | |
| Counsel for the Debtors' Proposed Postpetition Lenders, Agent for the First Lien Credit Facility, and Prepetition First Lien Facility Agent (DIP/Exit Agents) //Citibank, N.A., as Administrative Agent and Collateral Agent under the First Lien Credit Agreement and Administrative Agent under the DIP Credit Facility | Shearman & Sterling LLP | Fredric Sosnick & Edmund M. Emrich | 599 Lexington Avenue | | New York | NY | 10022 | |
| Top 20 Creditor | Six Red Marbles | Katie Turcot | P.O. Box 37038 | | Baltimore | MD | 21208 | |
| Counsel to Pension Benefit Guaranty Corporation | SNR Denton US LLP | Justin S. Alex and Samuel C. Batsell | 1200 K Street Northwest | | Washington | DC | 20005 | |
| Counsel to Texas Education Agency | Texas Attorney General's Office | Hal F. Morris Assistant Attorney General | P. O. Box 12548, MC-008 | | Austin | TX | 78711-2548 | |
| Top 20 Creditor | Texas Education Agency | Robert Scott | 1701 N Congress Ave | | Austin | TX | 78701 | |
| Counsel to YRC Inc. dba YRC Freight, USF Holland Inc | Thrasher, Dinsmore & Dolan | Matthew H. Matheney | 1400 W. 6th Street, Suite 400 | | Cleveland | OH | 44114 | |
| Top 20 Creditor | Trendset Inc. | Deanna Moore | 4 Interchange Blvd. | | Greenville | SC | 29607-5700 | |
| Environmental Protection Agency (US) | US Environmental Protection Agency | | 1200 Pennsylvania Ave NW | Ariel Rios Building | Washington | DC | 20004 | |
| US Trustee for the Southern District of NY | US Trustee for the Southern District of NY | Andrea B. Schwartz, Assistant U.S. Trustee | 33 Whitehall St 21st Fl | Region 2 | New York | NY | 10004 | |
| Top 20 Creditor | WL-Williams Lea Inc. | Matt Alcorn | 1 Dag Hammarskjold Plaza | 8th Floor | New York | NY | 10017 | |

# **<u>Exhibit B</u>**

Exhibit B
Core/2002
Email Service List

| PARTY DESCRIPTION | COMPANY | CONTACT | EMAIL |
|---|---|---|---|
| Top 20 Creditor | ADP National Account Service | Gayle Kuhr | gayle.kuhr@adp.com |
| Counsel for the Informal Creditor Group | Akin Gump Strauss Hauer & Feld, LLP | Ira S. Dizengoff & Philip C. Dublin & Rachel Ehrlich Albanese | idizengoff@akingump.com<br>pdublin@akingump.com<br>ralbanese@akingump.com |
| Top 20 Creditor | American Express | Donna Janeczko | maxine.m.drachman@aexp.com |
| Top 20 Creditor | APC Workforce Solutions LLC | Jinnene Marin | sales@zerochaos.com |
| Counsel to SAP America, Inc. | Brown & Connery, LLP | Kenneth J. Schweiker, Jr. | kschweiker@brownconnery.com |
| Top 20 Creditor | Bulkley Dunton Publishing Group | Tony V. Occhiuto | tony.occhiuto@ipaper.com;<br>frank.calabro@ipaper.com |
| Top 20 Creditor | Cengage Learning | Sandra Fluker | sandra.fluker@cengage.com |
| Top 20 Creditor | Central National-Gottesman Inc. (Lindenmeyr) | Steven Wright | swright@lbppaper.com;<br>butrym@cng-inc.com |
| Counsel to Paymentech, LLC | Chase Paymentech Solutions LLC | Attn Lazonia Clark | lazonia.clark@chasepaymentech.com |
| Top 20 Creditor | Cognizant Technology Solutions | Badri Ramanujachari | badri.ramanujachari@cognizant.com |
| Counsel for the Indenture Trustee for the 10.5% Notes and Prepetition Senior Secured Notes Trustee (Bank of New York Mellon) | Emmet, Marvin & Martin LLP | Bryant Berg & Mordecai Geisler & Ed Zujkowski | bberg@emmetmarvin.com<br>ezujkowski@emmetmarvin.com<br>mgeisler@emmetmarvin.com |
| Counsel to Larson Texts, Inc. ("Larson") | Graydon Head & Ritchey LLP | J. Michael Debbeler | mdebbeler@graydon.com |
| Counsel to Encore Software, Inc. | Hahn & Hessen LLP | Mark T. Power & Lauren S. Schlussel | mpower@hahnhessen.com<br>lschlussel@hahnhessen.com |
| IRS | Internal Revenue Service | Insolvency Section | marie.l.cerchero@irs.gov |
| Iron Mountain Information Management, Inc. | Iron Mountain Information Management, Inc. | Joseph Corrigan | Bankruptcy2@ironmountain.com |
| Top 20 Creditor | Laserwood Private Limited | Mark O'Brien | mark.obrien@laserword.com |
| Counsel to Carrollton-Farmers Branch Independent School Dsitrict and Lewisville Independent School District | Law Offices of Robert E Luna PC | Andrea Sheehan | sheehan@txschoollaw.com |
| Counsel to Tarrant County and Dallas County | Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Top 20 Creditor | Marshall Cavendish International (s) PTE | Joy Tan | joytan@sg.marshallcavendish.com |
| Top 20 Creditor | McKinsey & Company Inc. | William Wolf | hrsc@mckinsey.com |
| NY Attorney General | Office of the NY State Attorney General | Eric T Schneiderman | Nancy.Lord@OAG.State.NY.US<br>Neal.Mann@OAG.State.NY.US |
| Top 20 Creditor | Penguin Group USA | Laura Cerminaro | laura.cerminaro@pearson.com |
| Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corp | Attn Dana Cann | efile@pbgc.gov |
| Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corp | Attn Marie-Christine Fogt | efile@pbgc.gov |
| Top 20 Creditor | Phoenix Color Corp. | Jennifer Dick | jdick@phoenixcolor.com |
| Top 20 Creditor | RRD-Receivables Inc. | Dan Pevonka | dan.pevonka@rrd.com |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | secbankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission NY Office | George S Canellos Regional Director | secbankruptcy@sec.gov |
| Counsel for the Prepetition L/C Bank and Wells Fargo Bank NA | Seyfarth Shaw LLP | William J. Hanlon, Esq. | whanlon@seyfarth.com |
| Counsel for the Debtors' Proposed Postpetition Lenders, Agent for the First Lien Credit Facility, and Prepetition First Lien Facility Agent (DIP/Exit Agents) //Citibank, N.A., as Administrative Agent and Collateral Agent under the First Lien Credit Agreement and Administrative Agent under the DIP Credit Facility | Shearman & Sterling LLP | Fredric Sosnick & Edmund M. Emrich | fsosnick@shearman.com<br>edmund.emrich@shearman.com |
| Top 20 Creditor | Six Red Marbles | Katie Turcot | k.turcot@sixredmarbles.com |
| Counsel to Pension Benefit Guaranty Corporation | SNR Denton US LLP | Fruman Jacobson | fruman.jacobson@snrdenton.com |
| Counsel to Pension Benefit Guaranty Corporation | SNR Denton US LLP | Justin S. Alex and Samuel C. Batsell | alex.justin@pbgc.gov<br>Batsell.Samuel@pbgc.gov |
| Counsel to Texas Education Agency | Texas Attorney General's Office | Hal F. Morris Assistant Attorney General | hal.morris@texasattorneygeneral.gov |
| Top 20 Creditor | Texas Education Agency | Robert Scott | commissioner@tea.state.tx.us |
| Counsel to YRC Inc. dba YRC Freight, USF Holland Inc | Thrasher, Dinsmore & Dolan | Matthew H. Matheney | mmatheney@tddlaw.com |
| Top 20 Creditor | WL-Williams Lea Inc. | Matt Alcorn | matt.alcorn@williamslea.com;<br>matthew.alcorn@williamslea.com |

# **Exhibit C**

Exhibit C
Taxing Authorities
Overnight Service List

| Company | Contact | Address1 | Address2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Alabama Dept of Revenue | Attn Legal Division | Gordon Persons Bldg | 50 N Ripley St Ste 3114 | | Montgomery | AL | 36130-1001 | |
| Alaska Dept of Revenue | | PO Box 110420 | 333 W Willoughby 11th Fl SOB | | Juneau | AK | 99811-0400 | |
| Alberta Finance & Enterprise Dept | Tax and Revenue Administration | Finance Compliance & Collection | 9811 109 St | | Edmonton | AB | T5K 2L5 | Canada |
| Arizona Dept of Revenue | Attn Bankruptcy Dept | 1600 West Monroe St | | | Phoenix | AZ | 85007 | |
| Arkansas Dept of Finance & Administration | Attn Revenue Legal Counsel | Ledbetter Building | 1816 W 7th St, Room 2380 | | Little Rock | AR | 72201 | |
| British Columbia Finance Dept | Attn Bankruptcy Dept | 1802 Douglas St | | | Victoria | BC | V8T 4KC | Canada |
| California Dept of Revenue | Attn Bankruptcy | 450 N St MIC 55 | | | Sacramento | CA | 95814 | |
| Colorado Dept of Revenue | | 1375 Sherman St Rm 101 | | | Denver | CO | 80261 | |
| Commonwealth of Virginia Dept of Taxation | | PO Box 2156 | | | Richmond | VA | 23218 | |
| Comptroller of Maryland Revenue Administration Division | Attn Collections Dept | PO Box 1829 | | | Annapolis | MD | 21411-0001 | |
| Connecticut Dept of Revenue Services | Attn C & E Division Bankruptcy Unit | 25 Sigourney St | | | Hartford | CT | 06106 | |
| Delaware Dept of Revenue | Attn Bankruptcy and Descendent Collections | Carvel State Office Bldg | 820 N French St | | Wilmington | DE | 19801 | |
| Deputy Minister of Finance and Secretary of the FMB | Govt of NW Territories Dept of Finance | 5th Fl Arthur Laing Bldg | 5003 49th St | PO Box 1320 | Yellowknife | NT | X1A 2L9 | Canada |
| Florida Dept of Revenue | Attn Bankruptcy Unit | 5050 West Tennessee St | | | Tallahassee | FL | 32399-0100 | |
| Georgia Dept of Revenue | Attn Bankruptcy Division | PO Box 161108 | | | Atlanta | GA | 30321 | |
| Hawaii Dept of Taxation | Attn Bankruptcy Unit | PO Box 259 | | | Honolulu | HI | 96809 | |
| Idaho State Tax Commission | Attn Bankruptcy Dept | PO Box 36 | | | Boise | ID | 83722-0410 | |
| Illinois Dept of Revenue | Attn Legal Services | 101 West Jefferson | MC 5 500 | | Springfield | IL | 62702 | |
| Indiana Dept of Revenue | Attn Bankruptcy Collections | 100 N Senate Ave | Rm No N203 | | Indianapolis | IN | 46204 | |
| Iowa Dept of Revenue and Finance | Attn Bankruptcy Unit | PO Box 10471 | | | Des Moines | IA | 50306 | |
| Kansas Dept of Revenue | Attn Bankruptcy Collection | 915 SW Harrison | Rm No 230 | | Topeka | KS | 66612 | |
| Kentucky Dept of Revenue | Attn Legal Support Branch | PO Box 5222 | | | Frankfort | KY | 40602 | |
| Louisiana Dept of Revenue | Attn Bankruptcy Division | 617 N 3rd St | | | Baton Rouge | LA | 70821 | |
| Maine Dept of Revenue | Attn Paula Thomas | PO Box 9113 | | | Augusta | ME | 04332-9113 | |
| Manitoba Finance Dept | Taxation Division | 101-401 York Ave | | | Winnipeg | MB | R3C 0T8 | Canada |
| Massachusetts Dept of Revenue | Attn Bankruptcy Unit | 100 Cambridge St | 7th Fl | | Boston | MA | 02114 | |
| Michigan Dept of Treasury | Attn Bankruptcy Unit | PO Box 30168 | | | Lansing | MI | 48909 | |
| Minnesota Dept of Revenue | Attn Bankruptcy Dept | 600 N Robert St | | | St Paul | MN | 55164 | |
| Missisipi Tax Commission | Attn Bankruptcy Section | PO Box 22808 | | | Jackson | MS | 39225-2808 | |
| Missouri Dept of Revenue | Attn Bankruptcy Unit | 301 W High St | Rm 670 | | Jefferson City | MO | 65105 | |
| Montana Dept of Revenue | Attn Legal Services | PO Box 5805 | | | Helena | MT | 59604 | |
| Nebraska Dept of Revenue | Attn Bankruptcy Unit | PO Box 94818 | | | Lincoln | NE | 68509-4818 | |
| Nevada Dept of Taxation | Attn Bankruptcy Dept | 1550 College Pkwy | Ste 115 | | Carson City | NV | 89706 | |
| New Brunswick Dept of Finance | | Centennial Bldg Rm 371 3rd Fl | 670 King St | | Fredericton | NB | E3B 1G1 | Canada |
| New Hampshire Dept of Revenue | Attn Collection Division | 109 Pleasant St | | | Concord | NH | 03301 | |
| New Jersey Division of Taxation | Attn Bankruptcy Dept | PO Box 245 | 50 Barrack St | | Trenton | NJ | 08646-0269 | |
| New Mexico Dept of Taxation and Revenue | Attn Bankruptcy Section | PO Box 8575 | | | Albuquerque | NM | 87198-8575 | |
| New York State Dept of Taxation and Finance | Attn Collections and Civil Enforcement Division | Bankruptcy Section | PO Box 5300 | | Albany | NY | 12205 | |
| Newfoundland & Labrador Dept of Finance | | 3rd Fl East Block Confederation Bldg | PO Box 8700 | | St Johns | NL | A1B 4J6 | Canada |
| North Carolina Dept of Revenue | Attn Bankruptcy Unit | PO Box 1168 | | | Raleigh | NC | 27602-1168 | |
| North Dakota State Tax Dept | Attn Office of State Tax Commissioner | 600 E Blvd Ave | | | Bismark | ND | 58505-0599 | |

**Exhibit C**
**Taxing Authorities**
**Overnight Service List**

| Company | Contact | Address1 | Address2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Nova Scotia Dept of Finance | | PO Box 187 | 1723 Hollis St | | Halifax | NS | B3J 2N3 | Canada |
| Nunavut Department of Finance | Attn Steven James | PO Box 1000 Station 330 | | | Iqaluit | NU | XOA OHO | Canada |
| Ohio Dept of Taxation | Attn Bankruptcy Division Rebecca Daum | PO Box 530 | | | Columbus | OH | 43216 | |
| Oklahoma Tax Commission | Attn Legal Division | 120 N Robinson Ste 2000 | | | Oklahoma City | OK | 73102 | |
| Ontario Ministry of Finance | Attn Kevin OHara Snr Counsel | 33 King St W 6th Fl | | | Oshawa | ON | L1H 8H5 | Canada |
| Oregon Dept of Revenue | Attn Bankruptcy Unit | 955 Center St NE | | | Salem | OR | 97301-2555 | |
| Pennsylvania Dept of Revenue | Attn Compliance & Bankruptcy | Strawberry Square | 4th & Walnut Sts | Dept 280946 | Harrisburg | PA | 17128 | |
| Prince Edward Island Dept of Finance | | Shaw Bldg 2nd Fl S | 95 Rochford St | PO Box 2000 | Charlottetown | PE | C1A 7N8 | Canada |
| Quebec Ministere de Finance | Attn Legal Dept | 8 rue Cook | 4th Fl | | Quebec | QB | G1R 0A4 | Canada |
| Rhode Island Division of Taxation | Attn Ann Marie Bolduc | 1 Capital Hill | Collections Section 1st Fl | | Providence | RI | 02908 | |
| Saskatchewan Department of Finance | Revenue Division Margaret Johannsson | 2350 Albert St | | | Regina | SK | S4P 4A6 | Canada |
| South Carolina Dept of Revenue | Attn Bankruptcy Section | PO Box 125 | | | Columbia | SC | 29214 | |
| South Dakota Dept of Revenue | Attn Bankruptcy Dept | 445 E Capitol Ave | | | Pierre | SD | 57501 | |
| Tennessee Dept of Revenue | Attn Bankruptcy Division | PO Box 20207 | | | Nashville | TN | 37202 | |
| Texas Dept of Revenue | Attn Bankruptcy Section | PO Box 13528 | | | Austin | TX | 78711 | |
| Utah Dept of Taxation | Attn Bankruptcy Section | 210 N 1950 West | | | Salt Lake City | UT | 84134 | |
| Vermont Dept of Taxes | Attn Legal | PO Box 429 | 133 State St | | Montpelier | VT | 05633 | |
| Washington DC Office of Tax and Revenue | | 941 N Capitol St NE 1st Fl | | | Washington | DC | 20002 | |
| Washington Dept of Revenue | Attn Bankruptcy Unit | 2101 4th Ave Ste 1400 | | | Seattle | WA | 98121 | |
| West Virginia State Tax Dept | Attn Legal Division Bankruptcy Unit | PO Box 766 | | | Charleston | WV | 25323-0766 | |
| Wisconsin Dept of Revenue | | PO Box 8901 | | | Madison | WI | 53708-8901 | |
| Wyoming Dept of Revenue | | 122 W 25th St | | | Cheyenne | WY | 82002 | |
| Yukon Dept of Finance Accounts Receivable | | Yukon Government Administration Bldg 3rd Fl Finance | 2071 2nd Ave | | Whitehorse | YT | Y1A 2C6 | Canada |

# **<u>Exhibit D</u>**

**Exhibit D**
**Bank**
Overnight Service List

| Creditor Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| 1st Source Bank | | 306 East Main Street | 1st Source Bank-PAMB | Suite 100 | Niles | MI | 49120 | |
| Bank of America, N. A. | Robert Douglas | 135 S. LaSalle Street | IL4-135-14-02 | | Chicago | IL | 60603 | |
| Bank of America, N. A. | *Client Service Centre : US Team* | 2 KING EDWARD STREET | | | LONDON | | EC1A 1HQ | England |
| BNY Mellon | | One Wall Street | | | New York | NY | 10286 | |
| Capital Advisors Group | Benjamin K. Cambell | 29 Crafts Street | Chatham Center | Suite 270 | Newton | MA | 02458 | |
| Citibank | Keith Lukasavich | 388 Greenwich Street | | | New York | NY | 10013 | |
| Citibank | Fredric Chen | Citibank (China) Co., Ltd. | 17F | Excel Center No. 6 Wudinghou Street | Xicheng District | Beijing | 100033 | China |
| Citibank | | Oud Metha Road | 4th Floor Citibank Tower | PO Box 749 | Dubai | | | UAE |
| Citibank | | Citi Tel Aviv | 21 Ha'arba'a Street | | Tel Aviv | | 64739 | Israel |
| Community Banks of Colorado | Christina Zimmerman | 7900 E 1st Ave | NMLS #866293 | Lowry Branch | Denver | CO | 80230 | |
| Fidelity Capital Markets | Daniel J. Fraser | 82 Devonshire Street | V6B | | Boston | MA | 02109 | |
| Goldman, Sachs & Co. | Larry Walsh | 71 South Wacker Drive | Investment Management Division | Global Liquidity Management | Chicago | IL | 60606 | |
| JPMorgan Chase Bank, N.A. | Gary K. Schechter | One Chase Manahattan Plaza | NY1-A155 | | New York | NY | 10005-1401 | |
| JPMorgan Chase Bank, N.A. | Ashley (Eun-Hee) Song | Seoul Branch | J.P. Morgan Plaza | 34-35 Jeong-dong | Jung-gu | Seoul | 100-120 | Korea |
| Morgan Stanley Private Wealth Management | William W. Sahlman | 522 Fifth Avenue | | | New York | NY | 10036 | |
| State Street Global Advisors | Tom Francis | 801 Pennsylvania | | | Kansas City | MO | 64105 | |
| Wells Capital Management | Jeffrey Lang | 525 Market Street | 10th Floor | | San Francisco | CA | 94105 | |
| Wells Fargo Bank | Michael J. McMorrow | 101 Federal Street | Suite 2020 | | Boston | MA | 02110 | |